Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:        mark@markmerin.com
                   paul@markmerin.com

Attorneys for Plaintiff
AARON NAMOCA

JAMES SANCHEZ, City Attorney (SBN 116356)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 9814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, JOHNNY LOPEZ, and DAVID DELEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON NAMOCA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-02283-TLN-EFB<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; ORDER** |

　　　Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Aaron Namoca ("Plaintiff") and Defendants City of Sacramento, Sacramento Police Department, Johnny Lopez, and David DeLeon (collectively, "Defendants") stipulate to Plaintiff's filing of a Second Amended Complaint in this matter.

1

| | | |
|---|---|---|
| 1 | Dated: May 18, 2017 | Respectfully Submitted, |
| 2 | | LAW OFFICE OF MARK E. MERIN |
| 3 | | /s/ Mark E. Merin |
| 4 | | By: _____ |
| 5 | | Mark E. Merin |
| 6 | | Attorney for Plaintiff<br>AARON NAMOCA |
| 7 | | |
| 8 | Dated: May 18, 2017 | Respectfully Submitted, |
| 9 | | CITY OF SACRAMENTO |

/s/ Sean D. Richmond
(as authorized on May 18, 2017)
By: _____
Sean D. Richmond

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, JOHNNY LOPEZ, and DAVID DELEON

**ORDER**

IT IS SO ORDERED.

Dated: May 18, 2017

_____
Troy L. Nunley
United States District Judge

2

**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; ORDER**
*Namoca v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:16-cv-02283-TLN-EFB