Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiff
AARON NAMOCA

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 9814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, SAMUEL SOMERS JR., DAVID PELETTA, JOHNNY LOPEZ, and DAVID DELEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON NAMOCA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No. 2:16-cv-02283-TLN-EFB<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement, Plaintiff Aaron Namoca and Defendants City of Sacramento, Sacramento Police Department, Samuel Somers Jr., David Peletta, Johnny Lopez, and David DeLeon stipulate to the dismissal of this entire action, with prejudice. Each party shall bear their own attorneys' fees and costs.

\ \ \

\ \ \

\ \ \

1

IT IS SO STIPULATED.

Dated: October 4, 2018

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
Mark E. Merin

Attorney for Plaintiff
AARON NAMOCA

Dated: October 4, 2018

Respectfully Submitted,
CITY OF SACRAMENTO

/s/ Sean D. Richmond
(as authorized on October 4, 2018)

By: _____
Sean D. Richmond

Attorney for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, SAMUEL SOMERS JR., DAVID PELETTA, JOHNNY LOPEZ, and DAVID DELEON

2

**STIPULATION FOR DISMISSAL**
*Namoca v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:16-cv-02283-TLN-EFB